CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

May 29, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE  DIVISION

| | | |
|---|---|---|
| **FREDERICK LEE LEWIS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26CV00123 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **ALEX SWANN, et al.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

*Frederick Lee Lewis, Pro Se Plaintiff.*

The plaintiff, proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983.  After receiving notice that Lewis had been released from incarceration, the court entered an Order on April 13, 2026, directing that he pay the $405.00 filing fee, or otherwise respond.  Lewis was warned that failure to pay the fee in full or respond to the court's Order within thirty days would result in the immediate dismissal of this action without prejudice.

More than thirty days have elapsed, and Lewis has failed to comply with the described conditions.  Accordingly, the court concludes that Lewis may have lost interest in prosecuting this action and will, therefore, dismiss it without prejudice. *See Burrell v. Shirley*, 142 F.4th 239, 249 (4th Cir. 2025) (providing that Federal Rule of Civil Procedure 41(b) provides an explicit basis for courts to dismiss a case for failure to prosecute or comply with court orders).

For these reasons, the Complaint will be dismissed without prejudice, and the case will be stricken from the active docket of the court. Lewis may refile the claims in a separate action once he is prepared to comply with the noted conditions. A separate Judgment will be entered.

ENTER:   May 29, 2026

/s/  JAMES P. JONES
Senior United States District Judge